# United States District Court

WESTERN DISTRICT OF WASHINGTON

TONY WRIGHT                                          JUDGMENT IN A CIVIL CASE

v.

SANDRA CARTER, et al,                                CASE NUMBER: C06-5151RJB

____    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

The Report and Recommendation, Dkt #32, is ADOPTED. This action is DISMISSED WITHOUT PREJUDICE for failure to exhaust administrative remedies.

March 13, 2007                                       BRUCE RIFKIN
                                                     Clerk

                                                     /s/Dara L. Kaleel
                                                     By Dara L. Kaleel, Deputy Clerk